UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IRWIN KELLNER, on behalf of himself and
on behalf of all others similarly situated,

                       Plaintiff,

         - against -                              **JUDGMENT**
                                                       CV-08-5026 (ADS)

BERNARD L. MADOFF, BERNARD L.
MADOFF INVESTMENT SECURITIES LLC
and JOHN DOES 1-100, CONSISTING OF
Individuals, Corporations, Partnerships and
Entities to be determined,

                       Defendants.
-------------------------------------------------------------X

     An Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on September 12, 2014, dismissing this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), and directing the Clerk of Court to close this case, it is

     **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendant; that this case is dismissed pursuant to Federal Rule of Civil Procedure 41(b); and that this case is hereby closed.


Dated: Central Islip, New York
           September 17, 2014

                                                           DOUGLAS C. PALMER
                                                           CLERK OF THE COURT

                                        By:    /s/ Catherine Vukovich
                                                  Deputy Clerk